# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

147708

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ABUNDANT LIFE CHRISTIAN CENTER, a/k/a
ABUNDANT LIFE CHRISTIAN MINISTRIES,
    Petitioner-Appellant,

v

                                    SC: 147708
                                    COA: 310713
                                    MTT: 00-382316

CHARTER TOWNSHIP OF REDFORD,
    Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 1, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



t1118

Clerk